1  **KRIS J. KRAUS**
   California Bar No. 233699
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Kris_Kraus@fd.org

6  Attorneys for Defendant

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) Case No. 08MJ8506 |
| 11 | Plaintiff, | ) |
| 12 | v. | ) **NOTICE OF ATTORNEY APPEARANCE** |
| 13 | RAMON VASQUEZ-PADILLA, | ) |
| 14 | Defendant. | ) |
| 15 | _____ | ) |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Kris J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: June 11, 2008        /s/ Kris J. Kraus
                            **KRIS J. KRAUS**
                            Federal Defenders of San Diego, Inc.
                            Attorneys for Defendant
                            Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: June 11, 2008             */s/ Kris J. Kraus*
                                  **KRIS J. KRAUS**
                                  Federal Defenders of San Diego, Inc.
                                  Kris_Kraus@fd.org